UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------------------------------------x
ATAIN SPECIALTY INSURANCE COMPANY,     :    Case No. 2:17-cv-05610-ES-SCM
                                       :
                   Plaintiff,          :
                                       :
        -vs-                           :
                                       :
JIMMY'S TRUCKING, INC.; JIMMY'S        :
TRANSPORT EXPRESS; and IRONSHORE       :
SPECIALTY INSURANCE COMPANY,           :
as subrogee of SUPREME RESOURCES, INC.,:
                                       :
                   Defendants.         :
-------------------------------------------------------------x
```

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, through their undersigned counsel, that the above-captioned action, together with all cross-claims, be and is, hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), with prejudice. The Parties further agree that each shall bear its own costs and attorneys' fees and that this stipulation may be filed by the Clerk of the Court without further notice.

Respectfully submitted,

**MORGAN MELHUISH ABRUTYN**


*/s/* Joseph DeDonato_____
Joseph DeDonato
*Counsel for Plaintiff Atain Specialty Insurance Company*
651 Old Mt. Pleasant Avenue
Livingston, New Jersey 07039
Tel. (973) 994-2500
jdedonato@morganlawfirm.com

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**


/s/ M. Diane Duszak
M. Diane Duszak (NJ Bar # 005941992)
*Counsel for Defendant and Cross-Claim Plaintiff Ironshore Specialty Insurance Company*
One Whitehall Street, 20th Floor
New York, NY 10004
Tel. (212) 344-3100
DDuszak@FLWLAW.com


**HACK, PIRO, O'DAY, MERKLINGER, WALLACE & McKENNA, P.A.**


/s/ Thomas M. Madden
Thomas M. Madden
*Counsel for Defendants and Cross-Claim Defendants Jimmy's Trucking, Inc. and Jimmy's Transport Express*
30 Columbia Turnpike
P.O. Box 168
Florham Park, NJ 07932
Tel.: (973) 593-6926
TMadden@HPOMLAW.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Joseph DeDonato, Esq.
MORGAN MELHUISH ABRUTYN
*Counsel for Plaintiff*
651 Old Mt. Pleasant Avenue
Livingston, New Jersey 07039
Tel. (973) 994-2500
jdedonato@morganlawfirm.com

I also hereby certify that on this 16th day of January, 2018, a copy of the foregoing was delivered to the following parties by U.S. First Class mail in a postage paid properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Thomas M. Madden, Esq.
HACK, PIRO, O'DAY, MERKLINGER, WALLACE & McKENNA, P.A.
*Counsel for Defendants and Cross-Claim Defendants Jimmy's Trucking, Inc. and Jimmy's Transport Express*
30 Columbia Turnpike
P.O. Box 168
Florham Park, NJ 07932
Tel.: (973) 593-6926
TMadden@HPOMLAW.com

*/s/*_____
M. Diane Duszak (NJ Bar # 005941992)

*Counsel for Defendant and Cross-Claim Plaintiff Ironshore Specialty Insurance Company*