

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

ATAIN SPECIALTY INSURANCE COMPANY,  :          Case No. 2:17-cv-05610-ES-SCM

                           Plaintiff,        :

           -vs-                                 :

JIMMY'S TRUCKING, INC.; JIMMY'S         :
TRANSPORT EXPRESS; and IRONSHORE   :
SPECIALTY INSURANCE COMPANY,           :
as subrogee of SUPREME RESOURCES, INC.,    :

              Defendants.          :

-----------------------------------------------------------------x

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, through their

undersigned counsel, that the above-captioned action, together with all cross-claims, be and is, hereby

dismissed pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), with prejudice.  The Parties further agree

that each shall bear its own costs and attorneys' fees and that this stipulation may be filed by the Clerk

of the Court without further notice.

Respectfully submitted,

**MORGAN MELHUISH ABRUTYN**

*/s/*   Joseph DeDonato
Joseph DeDonato
*Counsel for Plaintiff Atain Specialty Insurance Company*
651 Old Mt. Pleasant Avenue
Livingston, New Jersey 07039
Tel. (973) 994-2500
jdedonato@morganlawfirm.com

So Ordered —
Cathy Waks, USDJ
1/18/18

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**

/s/ M. Diane Duszak
M. Diane Duszak (NJ Bar # 005941992)
*Counsel for Defendant and Cross-Claim Plaintiff Ironshore Specialty Insurance Company*
One Whitehall Street, 20th Floor
New York, NY 10004
Tel. (212) 344-3100
DDuszak@FLWLAW.com

**HACK, PIRO, O'DAY, MERKLINGER, WALLACE & McKENNA, P.A.**

/s/ Thomas M. Madden
Thomas M. Madden
*Counsel for Defendants and Cross-Claim Defendants Jimmy's Trucking, Inc. and Jimmy's Transport Express*
30 Columbia Turnpike
P.O. Box 168
Florham Park, NJ 07932
Tel.: (973) 593-6926
TMadden@HPOMLAW.com

The Clerk of Court shall close this matter.

So Ordered.

_____

Esther Salas, U.S.D.J.